UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS HODGES,<br><br>            Plaintiff,<br><br>       v.<br><br>ARMADA CORP,<br><br>            Defendant. | No. CV-06-113-FVS<br><br>ORDER OF DISMISSAL |

**THE PARTIES HAVING** moved for dismissal with prejudice; Now, therefore

**IT IS HEREBY ORDERED:**

1. The parties' motion to dismiss (Ct. Rec. 7) is granted.

2. The plaintiffs' claims are dismissed with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___14th___ day of August, 2006.

                    s/ Fred Van Sickle
                     Fred Van Sickle
              United States District Judge

ORDER OF DISMISSAL - 1